IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY V. CAIBY,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:21-cv-5357-JDW |
| | : | |
| **SUPERINTENDENT** | : | |
| **JAMIE SORBER,** et al., | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 5th day of January, 2023, upon consideration of Anthony V. Caiby's *pro se* Amended Complaint (ECF No. 20), it is **ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum. The Clerk of Court shall mark this case closed.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**